379 A.2d 575

Commonwealth v. Allen, Appellant.

Submitted June 13, 1977. Harry W. Farmer, Jr., Assistant Public Defender, and John R. Merrick, Public Defender, for appellant; James R. Freeman, Assistant District Attorney, and William H. Lamb, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.